# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATTAGLIERI,<br><br>        Plaintiff,<br><br>    v.<br><br>JH PORTFOLOIO DEBT EQUITIES, LLC,<br><br>        Defendant. | Case No. 16-cv-06776 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 31 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: July 31, 2017,

                                                                      _____
                                                                       Nathanael M. Cousins
                                                                       United States Magistrate Judge